UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, | CASE NO. 2:15-cv-05811-CBM-SSx |
| Plaintiff, | **JUDGMENT** |
| v. | JS-6 |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

Consistent with the Court's Order filed simultaneously herewith, judgment is hereby entered in favor of Defendant Federal Aviation Administration.

DATED: November 10, 2016

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1