E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, Federal Aviation Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>    Defendant. | No. 2:15-cv-05811-CBM-SS<br><br>NOTICE OF SETTLEMENT<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

Notice is hereby given that Plaintiff Jorge Alejandro Rojas and Defendant Federal Aviation Administration ("FAA") have reached agreement upon the material terms of a settlement in the above-captioned action. The parties have agreed to the material terms of a settlement in the above-entitled action, including a settlement of the attorneys' fees under the Freedom of Information Act, 5 U.S.C. § 552. The parties and are presently preparing and resolving the terms of a formal written settlement and once completed will

\\\

\\\

1  submit a Stipulation of Dismissal with Prejudice and Proposed Dismissal Order
2  forthwith.

3                                            Respectfully submitted,

4  Dated:  October 25, 2023                  CURRY, PEARSON & WOOTEN, PLC

5                                            /s/ Michael W. Pearson

6                                            _____
                                             MICHAEL W. PEARSON
7                                            Attorney for Plaintiff,
                                             Jorge Alejandro Rojas
8

9  Dated: October 25, 2023                   E. MARTIN ESTRADA
                                             United States Attorney
10                                           DAVID M. HARRIS
                                             Assistant United States Attorney
11                                           Chief, Civil Division
                                             JOANNE S. OSINOFF
12                                           Assistant United States Attorney
                                             Chief, Complex and Defensive Litigation
13                                           Section

14                                           /s/ Alarice M. Medrano

15                                           _____
                                             ALARICE M. MEDRANO
                                             Assistant United States Attorney
16
                                             Attorneys for Defendant,
17                                           Federal Aviation Administration

18

19                    ATTESTATION UNDER LOCAL RULE 5-4.3.4

20       I, Alarice M. Medrano, am the ECF User whose ID and password are being used
   to file this NOTICE OF SETTLEMENT. In compliance with Local Rules 5-4.3.4(a)(2), I
21 hereby attest that Plaintiff's counsel, Michael W. Pearson has concurred in this filing.

22
   DATED:  October 25, 2023
23                                           /s/ Alarice M. Medrano

24                                           _____
                                             ALARICE M. MEDRANO
25                                           Assistant United States Attorney

26

27

28

                                             2