E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, Federal Aviation Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>    Defendant. | No. 2:15-cv-05811-CBM-SS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

    IT IS HEREBY STIPULATED by and between Plaintiff Jorge Alejandro Rojas and Defendant Federal Aviation Administration ("FAA"), through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Other than as

\\\
\\\
\\\
\\\

specifically provided in the separate Settlement Agreement between the parties, each party shall bear its own fees, costs, and expenses.

Dated: November 27, 2023   CURRY, PEARSON & WOOTEN, PLC

/s/ Michael W. Pearson
_____
MICHAEL W. PEARSON
Attorney for Plaintiff,
Jorge Alejandro Rojas

Dated: November 27, 2023   E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Alarice M. Medrano
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant,
Federal Aviation Administration

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Alarice M. Medrano, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE. In compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that Plaintiff's counsel, Michael W. Pearson has concurred in this filing.

DATED: November 27, 2023

/s/ Alarice M. Medrano
_____
ALARICE M. MEDRANO
Assistant United States Attorney