UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | No. 2:15-cv-05811-CBM-SS<br><br>[PROPOSED]<br>ORDER OF DISMISSAL<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed Stipulation of the parties, this action is dismissed with prejudice. Other than as specifically provided in the separate Settlement Agreement between the parties, each party shall bear its own fees, costs, and expenses.

DATED: November ___, 2023

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1